ATKINSON, solicitor-general, *et al. v.* LAM AMUSEMENT Co.

GRICE, Justice. This case is controlled by the ruling in *Rose Theatre Inc.* v. *Lilly,* 185 *Ga.* 53 (193 S. E. 866), wherein it was held that it was not error to overrule a demurrer to the petition brought by the solicitor-general, containing allegations very similar to those made in this petition, and which are substantially set forth in the accompanying statement of facts.          *Judgment reversed. All the Justices concur.*

No. 1214*l*. JANUARY 14, 1938.

*W. Y. Atkinson, solicitor-general, L. L. Meadors,* and *Moon & Ray,* for plaintiffs.

*Wyatt & Morgan* and *Lovejoy & Mayer,* for defendants.